```
 1  SAO
    LESLIE MARK STOVALL, ESQ.
 2  Nevada Bar No.: 2566
    ROSS MOYNIHAN, ESQ.
 3  Nevada Bar No. 11848
    STOVALL & ASSOCIATES
 4  2301 Palomino Lane
    Las Vegas, NV 89107
 5  Telephone: (702) 258-3034
    Facsimile: (702) 258-0093
 6  E-service: court@lesstovall.com
 7  Attorney for Plaintiffs
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HORTENCIA SUAZO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES,<br><br>Defendant. | CASE NO.: **2:20-cv-01245**<br><br>**STIPULATION AND ORDER TO STAY LITIGATION** |

Plaintiffs HORTECIA SUAZO, individually, ("Plaintiffs") and Defendant UNITED STATES ("Defendant"), by and through their respective attorneys of record, hereby agree as follows:

On July 6, 2020, Plaintiffs filed suit against Defendants in the United States District Court District of Nevada, Case No. 2:20-cv-01245. In the Complaint, Plaintiffs alleged that she was injured in a motor vehicle accident that occurred on August 14, 2018.

On July 9, 2020 during a telephonic conference with Lance Turner, Special Agent (FBI) both parties came to an agreement to stay litigation pending the outcome of the defendant review of the plaintiff's personal injury claim and attempt to negotiate a settlement.

A brief stay of the current litigation will allow the parties to attempt to privately settle the matter, will preserve the status quo and minimize the expense of the parties' resources and those of the Court until such settlement negotiation can be concluded.

Additionally, it will prevent the risk of the court needlessly expending its energies to further manage the case when the case may well settle as a result of the parties' own accord at the upcoming settlement. Moreover, a stay of the litigation is requested so that the parties can participate in settlement prior to litigation.

As such, the parties stipulate as follows:

1. That the Federal Court action be stayed for ninety (90) days or until the parties have completed private settlement.

2. The stay shall include all current pre-trial deadlines, including dispositive motions propose discovery plan and Scheduling order, and trial dates.

3. Within 30 days after completion of settlement or the expiration of the 90 day stay, whichever is the earliest date, the parties will (1) submit a Stipulation and Order reflecting resolution of some or all of the claims and/or (2) advise the court the parties were unable to resolve the claims and will request the court new scheduling deadlines to continue litigation.

4. If the parties have not completed mediation prior to the expiration of the ninety day stay but still wish to continue settlement negotiations under a stay of litigation, the parties shall submit a propose discovery plan and scheduling order and/or stipulation to the Court, advising the Court why settlement was not completed and seeking approval of an appropriate extension of the stay. It will be within the Court's sole discretion to rule on any Stipulation for continued stay.

/ / /

/ / /

/ / /

CASE NO.: 2:20-cv-01245
Suazo v. United States

DATED this 25 day of August, 2020.

STOVALL & ASSOCIATES

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107

DATED this 25th day of August, 2020

NICHOLAS A. TRUTANICH
U.S. ATTORNEY

/s/ Brian Irvin
_____
Brian Irvin, AUSA
United States Attorney
1787 W Lake Mead Blvd,
Las Vegas, NV 89106
702-388-6552
Brian.Irvin@usdoj.gov

**ORDER**

**IT IS SO ORDERED.**

DATED this 10th day of September, 2020.

_____
U.S. DISTRICT COURT JUDGE
U.S. MAGISTRATE JUDGE

3 of 3

# Maria Hernandez

| | |
|---|---|
| **From:** | Irvin, Brian (USANV) <Brian.Irvin@usdoj.gov> on behalf of Irvin, Brian (USANV) |
| **Sent:** | Monday, August 24, 2020 4:19 PM |
| **To:** | Maria Hernandez |
| **Cc:** | Villalpando, Angelina (USANV); Beyer, Allyson (USANV) |
| **Subject:** | RE: Suazo v. United States |
| **Attachments:** | 2020.07.15 Stipulation and orde to stay litigation pending the outcome of settlement_.rtf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Maria,

Now that the United States was served, I am attaching the proposed order to stay the litigation pending outcome of the agency action. I made some minor changes. If you approve, then you have my permission to use my e-signature and file. Thanks.

Brian Irvin

---

**From:** Maria Hernandez <maria@lesstovall.com>
**Sent:** Wednesday, July 15, 2020 3:33 PM
**To:** Irvin, Brian (USANV) <BIrvin@usa.doj.gov>
**Cc:** Turner, Lance D. (LV) (FBI) <ldturner@fbi.gov>
**Subject:** Suazo v. United States

Good Afternoon,

Enclosed please find the stipulation and order for your review and signature if agreeable to you.

Should you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

*Maria Hernandez*



maria@lesstovall.com
www.lesstovall.com
**Stovall & Associates**
2301 Palomino Lane
Las Vegas, NV 89107
P: (702) 258-3034
F: (702) 258-0093

1

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND/OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED