# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HORTENCIA SUAZO, | Case No.: 2:20-cv-01245-APG-VCF |
| Plaintiff | **Order for Status Report** |
| v. | |
| UNITED STATES, | |
| Defendant | |

On September 10, 2020, the parties stipulated to stay the case to pursue private settlement. ECF No. 18. The parties indicated they would submit a stipulation or status report within 30 days of the settlement or 90 days after the stipulation as entered, whichever was earlier. *Id.* More than 90 days have passed, and no stipulation of dismissal or status report has been filed.

I THEREFORE ORDER the parties to file a stipulation of dismissal or status report by January 29, 2021.

DATED this 6th day of January, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE